## THIRD DEPARTMENT, MAY, 1945.

### (May 9, 1945.)

In the Matter of the Claim of HAZEL SHEPPARD, Respondent, against ALBERT J. DEMPS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion

to amend notice of appeal from a decision of the Industrial Board. The appeal was taken to the Court of Appeals and dismissed by that court [266 App. Div. 45, appeal dismissed 291 N. Y. 773]. No appeal is pending now in any court. Motion denied. All concur.